```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
```

**WESLEY WAYNE WEHMEYER,**

           Plaintiff,

                                CIVIL ACTION
   vs.                             No. 04-3133-SAC

**EMAYLOU CONOVER, et al.,**

           Defendants.


ORDER

By an order entered on June 21, 2005 (Doc. 15), the court granted plaintiff ten days to show cause why this matter should not be dismissed for lack of prosecution. There has been no response.

The court finds plaintiff has failed to comply with the rules of this court by failing to report a change of address, see D. Kan. R. 5.1(c), and further finds that he has been afforded sufficient notice of the court's intention to dismiss this matter in the absence of a timely response from him. See Theede v. U.S. Department of Labor, 172 F.3d 1262 (10th Cir. 1999)(affirming dismissal where pro se plaintiff's failure to object to magistrate judge's recommendation of dismissal was

due to plaintiff's failure to inform the court of his correct address).

IT IS THEREFORE ORDERED this matter is dismissed for lack of prosecution.

A copy of this order shall be mailed to plaintiff at his last known address.

**IT IS SO ORDERED.**

DATED:  This 11th day of July, 2005, at Topeka, Kansas.

> S/ Sam A. Crow
> SAM A. CROW
> U.S. Senior District Judge